# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRIOSIM CORPORATION,

          **Plaintiff,**

    v.                        **Case No. 24-CV-382**

SOMARAKIS, INC.,
JOHN SOMARAKIS,
and SI POST, INC.,

          **Defendants.**

# ORDER

Triosim asks the court to compel defendant John Somarakis "to provide complete responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production." (ECF No. 53 at 1.)

The defendants have not responded to Triosim's motion to compel. *See* Civ. L.R. 7(h) (requiring response to be filed within seven days). Accordingly, the motion to compel (ECF No. 53) is **granted** as unopposed. *See Hobbs v. Am. Commercial Barge Line LLC*, No. 4:22-cv-00063-TWP-KMB, 2023 U.S. Dist. LEXIS 171310, at *9 (S.D. Ind. Sep. 26, 2023).

Within **28 days** of this order John Somarakis shall provide complete responses to Plaintiff's First Set of Interrogatories and fully comply with Plaintiff's First Set of Requests for Production. Any request for expenses related to this motion to compel,

*see* Fed. R. Civ. P. 37(a)(5)(B), shall be filed within **seven days** of the date of this order. Any response must be filed within **seven days** thereafter.

Triosim has also moved the court to compel defendants Somarakis, Inc., and SI Post, Inc. to respond to its subpoenas. (ECF No. 53 at 1.) "At any time, on notice to the commanded person, the serving party may move *the court for the district where compliance is required* for an order compelling production or inspection." Fed. R. Civ. P. 45(d)(2)(B)(i) (emphasis added); *see also Rayburn v. Apogee Enters.*, No. 23-cv-744-jdp, 2024 U.S. Dist. LEXIS 104810, at *3 (W.D. Wis. June 12, 2024); *Lymon v. UAW Local Union #2209*, No. 1:20-cv-000169-HAB-SLC, 2021 U.S. Dist. LEXIS 233909, at *2 (N.D. Ind. Dec. 7, 2021). The subpoenas required compliance in the Western District of Washington. (ECF Nos. 53-3 at 2; 53-4 at 2.) Consequently, Triosim has failed to demonstrate that its motion related to the enforcement of the subpoenas is properly before the court. Accordingly, that aspect of Triosim's motion (ECF No. 53) is **denied without prejudice**.

Finally, as to Triosim's request regarding scheduling (ECF No. 47), any motion for default judgment or request for a hearing regarding default judgment shall be filed no later than **April 15, 2026**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 18th day of December, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge