# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRIOSIM CORPORATION,

          Plaintiff,

    v.                                      Case No. 24-CV-382

JOHN SOMARAKIS, et al.,

          Defendants.

## ORDER

The court on December 18, 2025, granted as unopposed Triosim Corporation's motion to compel defendant John Somarkis to comply with Triosim's discovery demands. (ECF No. 54.) Presently before the court are two related motions: Triosim's motion for expenses related to its motion to compel (ECF No. 57); and Triosim's motion to compel the deposition of John Somarkis (ECF No. 60). Again, Somarkis has failed to respond to either motion.

The court finds the hourly rates and time expended on the motion to compel to be reasonable. Therefore, pursuant to Fed. R. Civ. P. 37(a)(5)(A), John Somarkis shall within **28 days** of the date of this order pay to Triosim the sum of **$1,652.50**.

John Somarkis failed to appear on December 16, 2025, for a properly noticed deposition. Triosim seeks sanctions in the form of its expenses related to the present

motion and striking John Somarkis's answer. (ECF No. 60 at 2.) It also asks the court to order John Somarkis to appear at a deposition.

The court previously granted Triosim's motion to strike the answer of Somarakis, Inc., and SI Post, Inc. because they failed to retain successor counsel after their attorney withdrew. (ECF No. 45.) The court noted that striking their answer was alternatively appropriate because they had failed to comply with their discovery obligations or appear for proceedings as required. (ECF No. 45 at 3-4.) Although John Somarkis had likewise failed to comply with his discovery obligations or otherwise appear to defend this action following counsel's withdrawal, Triosim did not seek to strike his answer at that time. Since then, John Somarkis has continued to ignore his obligations in this action.

For the reasons set forth in the court's prior order (ECF No. 45) and in light of his consistent failure to comply with his discovery obligations and appear at his deposition, Triosim's motion to strike John Somarkis's answer is granted. The court grants default judgment in favor of Triosim and against John Somarkis as to liability.

John Somarkis shall appear for a deposition by Triosim in this action on 14 days' notice. Failure to appear may result in John Somarkis being required to pay Triosim's expenses. The court may also impose sanctions, including monetary sanctions.

**IT IS THEREFORE ORDERED** that Triosim's motion for expenses (ECF No. 57) is granted. Within **28 days** of this order John Somarkis shall pay to Triosim the sum of **$1,652.50**.

**IT IS FURTHER ORDERED** that Triosim's motion to compel and for sanctions (ECF No. 60) is granted. John Somarkis's answer to the amended complaint is stricken and the court grants default judgment in favor of Triosim and against John Somarkis as to liability. John Somarkis shall appear at any properly noticed deposition upon 14 days' notice. Failure to appear may result in John Somarkis being required to pay Triosim's expenses and additional sanctions, including monetary sanctions.

**IT IS FURTHER ORDERED** that any request for expenses related to the motion to compel (ECF No. 60) shall be filed within **28 days**. Briefing on the request will proceed in accordance with Civil Local Rule 7(h).

Dated at Green Bay, Wisconsin this 26th day of February, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge