# United States District Court
## EASTERN DISTRICT OF WISCONSIN

**TRIOSIM CORPORATION,**

**Plaintiff,**

**DEFAULT JUDGMENT IN A CIVIL CASE**

**v.**

**Case No. 24-CV-382**

**SOMARAKIS, INC., et al.,**

**Defendants.**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff, Triosim Corporation, and against Defendants, Somarakis, Inc., John Somarakis, and SI Post, Inc. as follows:

- Compensatory damages in favor of Triosim and against Somarakis, Inc., John Somarakis, and SI Post Inc., jointly and severally, in the amount of $1,872,503.96;
- Punitive damages in favor of Triosim and against Somarakis, Inc., John Somarakis, and SI Post Inc., jointly and severally, in the amount of $2,604,395.00;
- Attorney fees and costs in favor of Triosim and against Somarakis, Inc., John Somarakis, and SI Post Inc., jointly and severally, in the amount of $61,316.00;
- Attorney fees in favor of Triosim and against John Somarakis in the amount of $5,154.90.
- Attorney fees in favor of Triosim and against John Somarakis in the amount of $1,652.50 (ECF No. 62);
- Sanctions against John Somarakis in the amount of $5,000.00 payable to Triosim;
- Declaratory judgment that (i) Triosim is entitled to the Escrowed Amounts; (ii) Defendants have no right, title, interest, or entitlement to the Escrowed Amounts; (iii) Synovus Bank is entitled to release the Escrowed Amounts to Triosim without further obligation; Injunctive relief enjoining Somarakis, Inc., John Somarakis, and SI Post Inc. from (a) misappropriating, using, or disclosing the Target Assets; (b) violating the confidentiality and non–disclosure provisions of the APA (§ 7.9) by using or disclosing any Confidential Information of or relating to the Target Assets, and the Consulting Agreement (§ 8.2, § 8.3.2); (c) violating the non–competition and non–solicitation provisions of the APA (§ 7.10) and the Consulting Agreement (§ 8.3.1) by soliciting customers or employees of Triosim or competing in the industrial pump industry for a period of five (5) years from the date of the order; (d) using, disclosing, licensing, possessing or otherwise exploiting

the Target Assets transferred under the APA; and (e) competing with Triosim's business, directly or indirectly, in any manner prohibited by the APA or the Consulting Agreement.

Approved: s/ Byron B. Conway

BYRON B. CONWAY
United States District Judge

Dated:   June 12, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Mara VandenHeuvel

(By) Deputy Clerk